**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 08-04096MP-001-PCT-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Albert Yazzie, ) | |
| Defendant. ) | |

The defendant appeared in court and admitted to violating the conditions of his probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED that on Citation 1545583 the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **SIX (6) MONTHS**, with credit for time served.

IT IS FURTHER ORDERED that on Citation 1545587 the defendant shall be reinstated to unsupervised probation for a period of **FIVE (5) YEARS,** said probationary period to begin on March 26, 2009. Defendant shall be subject to the previously ordered conditions of probation imposed on May 1, 2008.

The Court does **NOT** recommend that defendant's period of incarceration be served at the Coconino County Jail. The Court recommends that defendant's period of incarceration be served at the most economically feasible facility the Bureau of Prisons can locate.

DATED this 1st day of April, 2010.

_____
Mark E. Aspey
United States Magistrate Judge